THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:12-cv-00024-MR
(CRIMINAL CASE NO. 2:07-cr-00027-MR-1)

| | |
|---|---|
| **TRAVIS WAYNE BOWMAN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, as amended and supplemented [Docs. 1, 2, 3].

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for hearing at the United States Courthouse in Asheville, North Carolina, during this Court's August 2014 sentencing term.

**IT IS FURTHER ORDERED** that the United States Marshal shall make arrangements to have the Petitioner transported from his place of incarceration to this District. The United States Marshal shall ensure that the Petitioner arrives in this District prior to the commencement of the

August 2014 sentencing term in order that he may be afforded adequate opportunity to confer with counsel in preparation for the hearing.

The Clerk of Court is directed to provide a copy of this Order to counsel for the Petitioner, counsel for the Government, the United States Marshal, and the United States Probation Office.

**IT IS SO ORDERED.**   Signed: May 27, 2014

Martin Reidinger
United States District Judge