| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **TRAVIS WAYNE BOWMAN.** | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to letters filed by Defendant (#58) (#59) & (#60) addressed to either United States District Judge Martin Reidinger or to this Court concerning his conditions of detention. At the call of this matter on for hearing, it appeared that Defendant was present with his counsel Brian D. Gulden and the Government was present through AUSA David Thorneloe. Mr. Gulden advised the Court that he had met with Defendant and at the present time, he had resolved the questions of Defendant as contained in the letters and further, at the present time Mr. Gulden was not prepared to request a detention hearing for Defendant. As a result, the undersigned finds that the issues raised by the letters are resolved and are now moot.

**ORDER**

**IT IS, THEREFORE, ORDERED**, that the relief requested by the

1

Defendant in documents (#58) (#59) & (#60) have been resolved and the issues

raised therein are now **MOOT** and are **DENIED**.


Signed: November 10, 2015


Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.